

January 10, 2013

Frank Smith, Esq.
Smith and Verbit PL
9900 Stirling Road, Suite 303
Cooper City, Florida 33024

    Re:    Eddie Alvarez ("Alvarez")

Dear Mr. Smith:

    Please accept this correspondence as confirmation that, while absent the continued legal dispute between Alvarez and Bellator (the "Dispute"), Zuffa, LLC, dba Ultimate Fighting Championship® was prepared to have Alvarez fight on the card for UFC 158 - St-Pierre vs. Diaz on March 16, 2013 in Montreal, Canada, Zuffa can no longer provide Alvarez that opportunity due to timing concerns. In particular, even assuming that the Court was to quickly resolve the Dispute, there simply is no longer sufficient time to properly promote Alvarez as part of the UFC 158 event.

    Accordingly, assuming Alvarez is contractually available, Zuffa can offer Alvarez the opportunity for a non-title fight on the card for Jones vs. Sonnen on April 27, 2013 (the "Jones-Sonnen Event"). For such bout, Zuffa will still offer the pay-per-view compensation set forth in Section 6.2 of the proposed Promotional Agreement dated on or about November 28, 2012. In order to properly promote Alvarez as part of the Jones-Sonnen Event, Zuffa will require a Court order by no later than January 27, 2013, which will give Zuffa a full ninety (90) days to promote Alvarez's appearance. Zuffa apologizes for having to set such a deadline, but proper promotion time is vital for everyone involved. Additionally, for the sake of clarity, Zuffa will not book or attempt to book Alvarez in any way until such time as the Court gives permission to do so, and until a promotional agreement is executed between Zuffa and Alvarez.

    Zuffa is sorry that Alvarez missed the rare opportunity of competing on the St-Pierre-Diaz card, but we are hopeful that the Court sees fit to not allow the Dispute to cost Alvarez another important opportunity. Please keep us informed of the Court proceedings.

Sincerely,

Ike Lawrence Epstein
Chief Operating Officer