COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
201-489-3000
201-489-1536 Facsimile

Frank Smith, Esq. (*pro hac vice* pending)
SMITH AND VERBIT, PL
9900 Stirling Road, Suite 303
Cooper City, Florida 33024
954-965-8350
954-241-6947 Facsimile

Attorneys for Defendant/Counterclaimant, Eddie Alvarez

| | |
|---|---|
| BELLATOR SPORT WORLDWIDE, LLC, | UNITED STATES DISTRICT COURT |
| | FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | |
| | Civil Action No. 2:13-cv-00063-JLL-MAH |
| v. | |
| | CERTIFICATION OF |
| EDDIE ALVAREZ AND JOHN DOES 1-5, | DAVID MELTZER |
| Defendant. | |

**DAVID MELTZER**, being of legal age and duly sworn, hereby certifies the following:

1. I am a widely known journalist based in California and have been professionally writing for over thirty (30) years.

2. Since 1983, I have been the publisher/editor of the Wrestling Observer Newsletter. I have been covering mixed martial arts since prior to UFC 1 in 1993. I have been published by many major newspapers as well as online sports sites.

1

3. Currently, I cover mixed martial arts for SB Nation http://www.mmafighting.com/ and continue to run my own site, http://www.f4wonline.com/ .

4. I am generally regarded as one of the best, if not the best, source for pay per view buy rates for mixed martial arts.

5. I have reviewed the Declaration of Roy Longbord in this matter, who opines that the UFC event scheduled for February 23, 2013 is not likely to draw 200,000 buys and seems to imply that if Eddie Alvarez were on a UFC pay per view, he might not receive a bonus as there is no guarantee of a minimum 200,000 pay per view buy rate.

6. Over the past 3 years, the UFC has averaged 450,000 to 475,000 buys per pay per view.

7. Over the past 3 years, only 2 times did the UFC fail to draw a buy rate of at least 200,000. There are a few others close to the 200,000 range which possibly fell just underneath it or just ahead of it.

8. Cards headlined by Georges St-Pierre for the UFC have averaged 900,000 buys over the past four years, although UFC 100 was an unusual show. Taking that out of the mix and a more realistic average would be 770,000.

9. Cards headlined by Jon Jones have averaged 500,000 to 525,000 buys over the past two years.

10. Attached hereto is a chart of the buy rates for all UFC pay per views for the past 3 years.

11. These buy rates are approximations which are calculated from various other indicators, but are generally accepted as accurate throughout the mixed martial arts industry.

12. It is my view as one of the top sources for UFC pay per view buy rate data, that if Eddie Alvarez was on a UFC pay per view headlined by Georges St-Pierre, the buy rate would exceed 680,000 buys and if Eddie Alvarez was on a pay per view headlined by Jon Jones it would exceed 450,000 buys.

13. My belief is that the March 16 show headlined by Georges St-Pierre vs. Nick Diaz, barring a key injury changing the main event, will do 750,000 to 850,000 buys. My belief is the April 27 show headlined by Jon Jones vs. Chael Sonnen will do better than 600,000 buys barring an injury changing the main event.

I hereby certify that the foregoing is true on my personal knowledge and under the penalties for perjury. I understand if anything set forth above is willfully false, I may be subject to punishment.

DAVID MELTZER

Dated: January 24, 2013

**UFC PPV Estimates**

| | |
|---|---|
| UFC 108 | 300,000 |
| UFC 109 | 275,000 |
| UFC 110 | 240,000 |
| UFC 111 | 770,000 |
| UFC 112 | 500,000 |
| UFC 113 | 520,000 |
| UFC 114 | 1,000,000 |
| UFC 115 | 525,000 |
| UFC 116 | 1,060,000 |
| UFC 117 | 600,000 |
| UFC 118 | 535,000 |
| UFC 119 | 295,000 |
| UFC 121 | 900,000 |
| UFC 123 | 500,000 |
| UFC 124 | 785,000 |
| UFC 125 | 260,000 |
| UFC 126 | 725,000 |
| UFC 127 | 260,000 |
| UFC 128 | 490,000 |
| UFC 129 | 800,000 |
| UFC 130 | 325,000 |
| UFC 131 | 330,000 |
| UFC 132 | 320,000 |
| UFC 133 | 310,000 |
| UFC 134 | 335,000 |
| UFC 135 | 520,000 |
| UFC 136 | 225,000 |
| UFC 137 | 280,000 |
| UFC 139 | 290,000 |
| UFC 140 | 480,000 |
| UFC 141 | 535,000 |
| UFC 142 | 215,000 |
| UFC 143 | 400,000 |
| UFC 144 | 325,000 |
| UFC 145 | 700,000 |
| UFC 146 | 560,000 |
| UFC 147 | 140,000 |
| UFC 148 | 925,000 |
| UFC 149 | 230,000 |
| UFC 150 | 190,000 |
| UFC 152 | 450,000 |
| UFC 153 | 410,000 |
| UFC 154 | 700,000 |
| UFC 155 | 590,000 |